No. 296. OPTION WRITERS FINANCIAL and others, Respondents, v. SCHEMEL and others, d/b/a Goodbody & Company, Appellants.

(Also reported in 214 N. W. 2d 318.)

The cause was submitted for the appellants on the brief of *James G. Howard*, attorney, and *Binder, Zirbel & Howard* of counsel, all of Milwaukee, and for the respondents on the brief of *John J. Romann* and *John A. Stocking*, attorneys, and *Petrie, Stocking, Meixner & Zeisig, S. C.*, of counsel, all of Milwaukee.

Appeal dismissed.